# Criminal Case Cover Sheet – U.S. District Court

**Place of Offense:**
City: Waunakee
County/Parrish: Dane

**Related Case Information:** 19 CR 44 WMC
Superseding _____ Docket Number _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20 / R40 from District of _____

**Defendant information:**
Matter to be Sealed ____ Yes  ✓ No
Def. Name: Patrick O'Connor
Alias Name:
City/State: Waunakee
Year of Birth: _____  Last 4 digits of SSN 3250
Sex: Male  Race: White

**U.S. Attorney Information:**
AARON D. WEGNER  Bar #:
Interpreter: ____ No  ____ Yes  List language and/or dialect:

**Location Status:**
Arrest Date: _____
____ Already in Federal Custody as of: _____ in _____
____ Already in State Custody
____ On Pretrial Release

**U.S.C. Citations:**
Total # of Counts: 2   ____ Petty   ____ Misdemeanor   ✓ Felony
____ Class A
____ Class B
____ Class C

| Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|
| Set 1  18 U.S.C. § 1343 | Wire fraud/money laundering | 1 |
| Set 2  18 U.S.C. § 1956(a)(1)(B)(i) | Laundering of monetary instrument | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |

Date: _____  Signature /s/ AARON D. WEGNER