

# DEPARTMENT OF THE TREASURY
## Internal Revenue Service
## Criminal Investigation

# Memorandum of Interview

| | | | |
|---|---|---|---|
| **Investigation #:** | 1000288855 | **Location:** | Robert Landsee Residence |
| **Investigation Name:** | Patrick O'Connor | | Sun Prairie, WI |
| **Date:** | June 20, 2018 | | |
| **Time:** | ~2:00 pm | | |
| **Participant(s):** | Robert Landsee, Witness | | |
| | Robert Martin, Special Agent | | |

On the above date and time, Agent Martin went to the Landsee residence to try and get the recordings off of his cell phone from his conversations with Patrick O'Connor. Landsee made the recording on June 16, 2018. Agent Martin was unsuccessful but rescheduled to come back the next day with CIS Ohlde to assist. Landsee provided the following information from recent conversations he had with Patrick O'Connor.

1. There are 5 main victims according to O'Connor:

| Name | Investment | Phone Number |
|---|---|---|
| Bill Paulson | $4,935,000 | |
| Robert Landsee | $2,820,000 | |
| Tom Weiner | $1,625,000 | 646-287-6771 |
| Julie Kellenberger Trust | $390,000 | 847-910-4676 Leo (grandfather) |
| Kim and Brenda Sapha | $100,000 | 608-576-4960 |

2. O'Connor told his wife about his fraud.

3. Aaron Olson (608-220-0245) bought O'Connor's land at bridal ridge for $360,000 2-3 months ago.

4. O'Connor has the following assets with the following estimated values:

| Asset | Value | Note |
|---|---|---|
| Grand Legacy | $9-10 million | 2.2 million note, 340 acres |
| Springfield | Part of Grand Legacy | |
| Grand Development | $250,000 | 40 Acres |

| Old Lake House | | | Part of 6 Acres Sunset Harbor 1031 County CS, Poynette, WI or W10554 Hwy V, Poynette, WI |
|---|---|---|---|
| 2 Boat Lifts | $50,000 | | |
| 5 Snowmobiles | $25,000 | | |
| D-4 Bull Dozer | $70,000 | | |
| 5 Jet Skiis | $15,000 | | |
| 2 lift Dump Truck F350 | $20,000 | | |
| 2 Tractors | $25,000 | | |
| 2 Trucks F550 and International Harvestor | $35,000 | | |
| Wood Chipper | $5,000 | | |
| Meadwood Developments | (My guess is $500,000) | | 4-5 Lots available, bought in 2004-2005 |

5. O'Connor advised he spent the money the following way:

| | |
|---|---|
| $140,000 | Interest on Loans |
| $1,150,000 | Labor |
| $298,000 | Equipment |
| $250,000 | 40 Acres |
| $255,000 | Cottage |
| $170,000 | Plat Amendment |
| $140,000 | Permit Fees |
| $12,000 | License |
| $640,000 | Personal living expenses for 72 months |
| $3,750,000 | Land Acquisition |
| $1,500,000 | Mortgage Reduction |
| $3,500,000 | Losses in the Market |

6. Landsee was at a meeting at Farmers and Merchant Union Bank where O'Connor again admitted defrauding the investors. The meeting was to discuss transferring the land and the loan to the existing investors.

7. Landsee advised that he first invested a $100,000 in 2011 with O'Connor. O'Connor pitched him after meeting at Christian Athletes event at UW Athletic Department. O'Connor proved his worth as he was saying they were making excellent returns which led Landsee to invest more and more. In March of 2018 O'Connor knew that Landsee had come into some money from the sale of some Taco Bells that he owned. About this same time O'Connor didn't ask for Landsee to invest more, he just talked about how great the returns were that he was making in the market.

8. Landsee also advised that O'Connor agreed to not charge his mom any fees for her investment. O'Connor knew that Landsee was upset with his mom's investment broker. His mom's broker had her in a risky portfolio which lost over half the value. Landsee told the previous broker he just needed to make 3-4% on his mom's money and make sure not to lose money. Landsee assumed he would put most of her money in bonds and CD's. The broker lost almost half of his mom's money. O'Connor made it sound like he could rescue Landsee's mom and make her money back.

Landsee made a photo copy of his notes from talking with O'Connor and provided it to Agent Martin.

I prepared this memorandum on June 29, 2018, after refreshing my memory from notes made during and immediately after the interview with Robert Landsee.

*Robert E Martin*

Robert Martin
Special Agent